# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA

|  |  |
|---|---|
| JOHAN GRAFE, | ) |
| Plaintiff, | ) |
| vs. | ) CASE NO: |
| HILTON MANAGEMENT, LLC, a Foreign Limited Liability Company, and HILTON DOMESTIC OPERATING COMPANY, INC. | ) |
| Defendants. | ) |

## DEFENDANTS' NOTICE OF REMOVAL

Pursuant to 28 U.S.C. §§ 1331, 1441, and 1446, Defendants, HILTON MANAGEMENT LLC, and HILTON DOMESTIC OPERATING COMPANY INC. (collectively "Defendants"), through their undersigned counsel, file this Notice of Removal of the above-captioned action from the Circuit Court of the Seventeenth Judicial Circuit in and for Broward County, Florida where the action is now pending under Case No. CACE-19-011594 to the United States District Court for the Southern District of Florida. In support of this Removal, Defendants state as follows:

1. Plaintiff Johan Grafe initiated a civil action captioned *Johan Grafe v. Hilton Management, LLC., a Foreign Limited Liability Company and Hilton Domestic Operating Company, Inc.*, Civil Action No. CACE-19-011594, in the Circuit Court of the 17th Judicial Circuit for Broward County, Florida ("State Court Action").

2. A copy of the Summons and the Complaint was served on the registered agents for Defendants on September 17, 2019 and September 18, 2019. Pursuant 28 U.S.C. § 1446(a), a complete copy of all process and pleadings received by Defendants in the State Court

Action to date are attached as Exhibit "A." Defendants have not served any answer or responsive pleadings to the Complaint, nor made any appearances or argument before the State Court.

3. Plaintiff's two-count Complaint asserts a cause of action against each Defendant under the Fair Labor Standards Act, 29 U.S.C. §§ 201, *et seq.* ("FLSA") to recover minimum wage and/or overtime compensation. (Compl. ¶ 1). Plaintiff bases both Counts on the same factual allegations.

4. Removal is proper under 28 U.S.C. § 1441(a) because this Court has original subject matter jurisdiction of this action pursuant to 28 U.S.C. § 1331. Federal question jurisdiction is apparent on the face of the Complaint as Plaintiff's claims directly implicate the laws of the United States---specifically the FLSA. *Breuer v. Jim's Concrete of Brevard, Inc.*, 292 F.3d 1308, 1309 (11th Cir. 2002), *aff'd*, 538 U.S. 691 (2003) (FLSA cases may be immediately removed from state to federal court). Further, the Circuit Court of the 17th Judicial Circuit, in and for Broward County, Florida where this case was brought and is pending is within this Court's District and Division and is the proper district court to which this case should be removed.

5. Pursuant 28 U.S.C. § 1446(b), Defendants' Notice of Removal is timely filed within 30 days after the initial receipt by Defendants of a copy of Plaintiff's Complaint.

6. A copy of this Notice of Removal and a Notice of Filing Notice of Removal will promptly be filed with the State Court as required by 28 U.S.C. § 1446(d). A copy of the Notice of Filing Notice of Removal is attached as Exhibit "B."

WHEREFORE, Defendants hereby remove the State Court Action from the Circuit Court of the Seventeenth Judicial Circuit in Broward County, Florida to the United States District Court for the Southern District of Florida and request that this Court take jurisdiction of this civil action to the exclusion of any further proceedings in state court.

DATED this 16th day of October, 2019.

                    Respectfully submitted,

                    JACKSON LEWIS P.C.
                    390 North Orange Avenue, Suite 1285
                    Orlando, Florida 32801
                    Telephone:    (407) 246-8440
                    Facsimile:    (407) 246-8441

                    By:    */s/ Tasos C. Paindiris*
                            Tasos C. Paindiris
                            Florida Bar No. 41806
                            tasos.paindiris@jacksonlewis.com

                            Madonna M. Snowden
                            Florida Bar No. 124522
                            madonna.snowden@jacksonlewis.com

                    Attorneys for Defendants, HILTON MANAGEMENT LLC AND HILTON DOMESTIC OPERATING COMPANY INC.

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 16th day of October, 2019, the foregoing was furnished via U.S. Mail and electronically filed with Clerk of Court using CM/CMF which will send a notice of electronic filing to: Jason R. Remer, Esq., Miriam Brooks, Esq., and Manuel A. Antommattei, Esq., Remer & Georges-Pierre, PLLC, 44 West Flagler Street, Suite 2200, Miami, Florida 33130.

                                      */s/ Tasos C. Paindiris*
                                      Tasos C. Paindiris

4817-0565-0601, v. 2